

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00695-CV

**IN THE INTEREST OF M.A.M, M.X.M., AND M.J.M.**, Children

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2023PA00975
Honorable Raul Perales, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE VALENZUELA, AND JUSTICE MEZA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that no costs be assessed against the appellant in relation to this appeal because appellant qualifies as indigent under Texas Rule of Appellate Procedure 20. *See* TEX. R. APP. P. 20.1(b).

SIGNED March 19, 2025.

_____
Lori I. Valenzuela, Justice